IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS JAY WARREN,                                          Case No. 3:18-cv-1751-YY

              Plaintiff,                              ORDER

    v.

WA. CO. SHERIFF'S OFFICE; LT. CAPRICE
MASSEY; SGT. S. SIEMILLER; B. COLLINS;
NAPHCARE, INC.,

              Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [68] on July 21, 2020, in

which she recommends that the Court grant defendants' motions for summary judgment [43, 46]

and dismiss all claims without prejudice. The matter is now before the Court pursuant to 28

U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [68]. Accordingly, Defendants' motions for summary judgment [43, 46] are GRANTED and all claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: _____August 26, 2020_____.


_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER